```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        JAN 2 1 2011

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHANNON WATSON, #1050378 | ) ) ) | |
| Plaintiff, | ) ) | 3:10-cv-00723-ECR-VPC |
| vs. | ) ) | **ORDER** |
| HOWARD SKOLNIK, *et al.*, | ) ) ) | |
| Defendants. | ) | |

On November 19, 2010, the court received a handwritten document from plaintiff styled "motion for permission to proceed *in forma pauperis*" (docket #1-1), accompanied by an "affidavit of indigence" as well as a handwritten civil rights complaint (docket #1-1). Neither documents are on the court-approved forms, and as such, are insufficient to initiate a civil rights action in this court. The Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff, to file all of their complaints and petitions on the court's approved forms. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court."). Plaintiff will be given thirty (30) days to submit a completed civil rights complaint on the court's form and an application to proceed *in forma pauperis*, on the court's form and accompanied by the requisite financial information.

1       **IT IS THEREFORE ORDERED** that plaintiff's "motion for permission to proceed *in forma pauperis*" (docket #1) is **DENIED**.

      **IT IS FURTHER ORDERED** that the Clerk shall retain the complaint (docket #1-1), unfiled, at this time.

      **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** to plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983 and an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed complaint along with the application to proceed *in forma pauperis* on the form provided by this court, as well as all requisite financial information. Plaintiff's failure to do so may result in the immediate dismissal of the entire action.

DATED this 21st day of January, 2011.

*/s/ Valerie P. Cooke*
UNITED STATES MAGISTRATE JUDGE