UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHANNON WATSON, | ) | Case No. 3:10-cv-00723-ECR-VPC |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | |
| | ) | Date: October 4, 2011 |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   __EDWARD C. REED, JR.__        __U. S. DISTRICT JUDGE__

Deputy Clerk:   __COLLEEN LARSEN__   Reporter:   __NONE APPEARING__

Counsel for Plaintiff(s)  __NONE APPEARING__

Counsel for Defendant(s)  __NONE APPEARING__

MINUTE ORDER IN CHAMBERS

    On September 2, 2011, the Magistrate Judge filed a Report and Recommendation (#20) recommending that Defendants' motion to dismiss (#15) be granted and the complaint (#1) be dismissed with prejudice.   No objections were filed by Plaintiff.

    **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (#20) is well taken and is **APPROVED** and **ADOPTED**.

    **IT IS FURTHER ORDERED** that Defendant Motion (#15) to Dismiss is **GRANTED**.

    The Clerk shall enter judgment accordingly.

                                            LANCE S. WILSON, CLERK

                             By   __/s/__
                                  Deputy Clerk