AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

SHANNON WATSON,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:10-cv-00723-ECR-VPC**

HOWARD SKOLNIK, et al.,

      Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (Dkt #20) is well taken and is APPROVED and ADOPTED. **IT IS FURTHER ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (Dkt #15) is GRANTED.


  10/5/2011                                                                 **LANCE S. WILSON**
                                                                                        Clerk


                                                                                        /s/ P. McDonald
                                                                                       Deputy Clerk